IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DAVID GOLDSTEIN,                ) <br>                                                          ) <br>           Plaintiff,                              ) <br>                                                          ) <br>     vs.                                              ) <br>                                                          ) <br> THE GEO GROUP, INC., et al.,            ) <br>                                                          ) <br>                                                          ) <br>          Defendants.                          ) <br>                                                          ) <br>_____ ) | 1:06-CV-01552-AWI-WMW-P <br><br> SECOND ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE <br><br> ORDER DENYING MOTION FOR A COURT HEARING <br> (Doc. 4) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 30, 2006, the court ordered plaintiff to submit an application to proceed in forma pauperis or pay the $350.00 filing fee, within thirty days. On January 5, 2006, plaintiff filed a motion for a court hearing regarding his inability to pay the filing fee. He has not paid any portion of the filing fee or submitted an application to proceed in forma pauperis.

Plaintiff is hereby informed that the court's order of November 30, 2006, required him to **either** pay the $350 filing fee **or** submit an application to proceed in forma pauperis. If plaintiff is unable to pay the filing fee at this time, he must submit an application to proceed in

1

1  forma pauperis.   Plaintiff will be provided another opportunity to submit an application to
2  proceed in forma pauperis, **or in the alternative**, to pay the $350 filing fee for this action.  That
3  being the case, plaintiff's request for a hearing on this matter at this time is denied.
4  　　　　As part of the application to proceed in forma pauperis, plaintiff must submit a
5  certified copy of his prison trust account statement for the six month period immediately
6  preceding the filing of the complaint.  See 28 U.S.C. § 1915.
7  　　　　Accordingly, IT IS HEREBY ORDERED that:
8  　　　　1.　　Plaintiff's motion for a court hearing is denied;
9  　　　　2.　　The Clerk's Office shall send to plaintiff the form for application
10 to proceed in forma pauperis; and
11 　　　　3.　　Within thirty days of the date of service of this order, plaintiff shall
12 submit a completed application to proceed in forma pauperis and an original certified copy of his
13 prison trust account statement for the six month period immediately preceding the filing of the
14 complaint, **or in the alternative**, pay the $350.00 filing fee for this action.  **Failure to comply**
15 **with this order will result in a recommendation that this action be dismissed.**
16 IT IS SO ORDERED.
17 **Dated:   January 18, 2007**　　　　　　　　/s/  **William M. Wunderlich**
　　j14hj0　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE