IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAROLD DAVID GOLDSTEIN**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **THE GEO GROUP, et al.**, ) <br> ) <br> **Defendants.** ) <br> _____ ) | **1: 06-cv-1552 AWI WMW PC** <br><br> **ORDER RE:** <br> **APPLICATION TO PROCEED** <br> **IN FORMA PAUPERIS** |

  Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 30, 2006, Plaintiff was directed to file an application to proceed in forma pauperis or pay the filing fee within thirty days. Petitioner then filed a document requesting additional time. On January 19, 2007, the Magistrate Judge ordered Plaintiff to file an application to proceed in forma pauperis or pay the filing fee within thirty days. Before this second thirty day period had passed, on January 22, 2007, the Magistrate Judge filed Findings and Recommendations that recommended this action be dismissed for Plaintiff's failure to comply with a court order.

  On January 29, 2007, Petitioner filed objections. In these objections, Petitioner claims that because of his confinement in isolation he has been unable to obtain the necessary documents to complete his application to proceed in forma pauperis, including a certified copy of his prison trust account statement.

The court will not allow this action to proceed unless Plaintiff pays the filing fee or obtains in forma pauperis status. The court cannot ascertain the exact nature of why Plaintiff is unable to provide the court with a completed copy of the court's standard application to proceed in forma pauperis, containing an original signature of a prison official, along with a certified copy of Plaintiff's prison trust account. It is this court's understanding that if Plaintiff provides prison authorities with a copy of this order, the application to proceed in forma pauperis, and a request to provide the relevant information, prison officials will provide the relevant information as required by the court. If it is Plaintiff's contention that he has followed the procedure for obtaining the required information, but that unspecified persons at the prison have refused to accept or process his application and provide Plaintiff with the relevant information, then Plaintiff should submit to the court a declaration signed by him under penalty of perjury that includes the steps Plaintiff took to get the applicable information, the identity of the refusing individual(s), and the reason stated for the refusal. The court may then hold a hearing to determine the basis for the account office's refusal or may order the Warden to direct that the account office return the application with the certification to the court. At this point, however, the court lacks sufficient information as to why Plaintiff is unable to provide the court with the required information.

Accordingly, IT IS HEREBY ORDERED:

1. The Clerk of the Court is DIRECTED to send Plaintiff the standard application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, Plaintiff shall file **either**:

   a. The completed application to proceed in forma pauperis, including an original signature by an authorized prison official and a certified copy of Petitioner's prison trust account; **or**

   b. A declaration signed by Plaintiff under penalty of perjury that includes the steps Plaintiff took to get the applicable information, the identity of the

refusing individual(s), and the reason stated for the refusal.

3. Petitioner is FOREWARNED that if he fails to comply with this order or otherwise respond to this order, the court will adopt the Magistrate Judge's Report and Recommendation and dismiss this action.

IT IS SO ORDERED.

**Dated:   June 30, 2007**                              _____/s/ Anthony W. Ishii_____
                                                        UNITED STATES DISTRICT JUDGE

3