IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD DAVID GOLDSTEIN,

    Plaintiff,                      1:06-cv-1552 ALA P

    vs.

THE GEO GROUP, et al.,

    Defendants.                <u>ORDER</u>

_____/

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. §1983.  On November 30, 2006, Plaintiff was ordered to file an application to proceed in forma pauperis or pay the filing fee within thirty days.  Petitioner then requested, and was granted, additional time.

    On January 22, 2007, the Magistrate judged assigned to this matter filed Findings and Recommendations that recommended this action be dismissed for Plaintiff's failure to comply with a court order.  Petitioner filed objections on January 29, 2007, claiming that his confinement in isolation prevented him from completing the necessary documents.

    On June 30, 2007, Plaintiff was ordered to file within thirty days either the application to proceed in forma pauperis or a declaration signed by Plaintiff under penalty of perjury that included the steps Plaintiff took to get the application and the identity of the individual(s) refusing to provide Plaintiff the necessary documents.  Plaintiff has done neither.

1   Therefore, IT IS HEREBY ORDERED that Plaintiff's complaint is dismissed with
2   prejudice.
3   /////
4   DATED: November 13, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation